# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

DARRELL MATTHEWS

**WARRANT FOR ARREST**

Case No. 03-346M - 01
07-184-M-01

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DARRELL MATTHEWS** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with (brief description of offense):

See Attached Report

**FILED**
MAY 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title 18 United States Code, Section(s) 3565

Felicia C. Cannon
Name of Issuing Officer

Michele Melendez
(By) Deputy Clerk

Bail fixed at $ No recommendation

Clerk, U.S. District Court
Title of Issuing Officer

August 17, 2004   Greenbelt, MD
Date and Location

by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: 08/25/04
Date of Arrest: 05/02/07

Name and Title of Arresting Officer: William Martin  DUSM

Signature of Arresting Officer: _____

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

U.S. DISTRICT COURT (Rev. 12/98)

| | |
|---|---|
| D-5 Loc. Code **MY-93** | Loc. Code **MY-93** |

## United States District Court
### Violation Notice

| Violation No. | Print Officer Name |
|---|---|
| P 120634 | CR Hornbeck |
| | Officer No. 116 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 2/1/03  0301
Offense Charged: 36 CFR 7.30
Place of Offense: E/B Suitland Parkway @ Ramp to Stantten
Offense Description: Possession of Narcotic — Marijuana

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| MATTHEWS JR. | Darrell | E |

Driver's License No. — D.L. State: DC — Social Security Number

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | MD | 1991 | Chev | Light |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Court Address (circle one):
U.S. District Court, 3rd & Constitution Ave. NW, Washington, DC 20001 (202) 273-0303
U.S. District Court, 401 Courthouse Sq, Alexandria, VA 22314 (703) 299-2100
U.S. District Court, 6525 Belcrest Rd, Rm 400, Hyattsville, MD 20782 (301) 436-9175

Date: TBA
Time: TBA

Collateral (fine): N/A
For payment by credit card, SEE INSTRUCTIONS.

Physical Description — Original - CVB Copy

| Sex | Race | Height | Weight | Hair | Eyes | (Circle One) |
|---|---|---|---|---|---|---|
| M | B | 6'2 | 200 | BLK | BR | **Adult** / Juvenile |

Weather Conditions: Clear  Cloudy  **Rain**  Snow  Ice  Fog
Traffic Conditions: **Light**  Medium  Heavy

NPS Form 10-50a, Rev. 5/97

P120634

---

07-184-M-01

## United States District Court
### Violation Notice

| Violation No. | Print Officer Name |
|---|---|
| P 120633 | CR Hornbeck |
| | Officer No. 116 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 2/1/03  0301
Offense Charged: MTA 21-904
Place of Offense: E/B Suitland Pkwy @ Ramp to Stantten
Offense Description: Flee to Elude on Foot

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| MATTHEWS JR. | Darrell | E |

Driver's License No. — D.L. State: DC — Social Security Number

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | MD | 1991 | Chev | White |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Court Address (circle one):
U.S. District Court, 3rd & Constitution Ave. NW, Washington, DC 20001 (202) 273-0303
U.S. District Court, 401 Courthouse Sq, Alexandria, VA 22314 (703) 299-2100
U.S. District Court, 6525 Belcrest Rd, Rm 400, Hyattsville, MD 20782 (301) 436-9175

Date: TBA
Time: TBA

Collateral (fine): N/A
For payment by credit card, SEE INSTRUCTIONS.

Physical Description — Original - CVB Copy

| Sex | Race | Height | Weight | Hair | Eyes | (Circle One) |
|---|---|---|---|---|---|---|
| M | B | 6'2 | 200 | BLK | BR | **Adult** / Juvenile |

Weather Conditions: Clear  Cloudy  **Rain**  Snow  Ice  Fog
Traffic Conditions: **Light**  Medium  Heavy

NPS Form 10-50a, Rev. 5/97

**FILED**

MAY 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

03-346

## Violation Notice 1

**Loc. Code:** MY-93
**United States District Court Violation Notice**

**Violation No.:** P 120630
**Print Officer Name:** CR Holmberg
**Officer No.:** 116

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 2/1/03 0301
**Offense Charged:** MTA Art. 27 Sec 36B
**Place of Offense:** E/B Suitland Parkway @ RMP to Stanton Hall N
**Offense Description:** Conceales Handgun on Person

**Defendant's Last Name:** Matthews Jr.
**First Name:** Darrell
**M.I.:** E

**D.L. State:** DC

**Vehicle Tag State:** MD
**Year:** 1991
**Vehicle Make:** Chevy
**Vehicle Color:** White

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**
**Date:** TBA
**Time:** TBA

**Collateral (fine):** N/A

**Physical Description**
- Sex: M
- Race: B
- Height: 6'2"
- Weight: 201
- Hair: BLK
- Eyes: BRN
- (Circle One) **Adult** / Juvenile

**Weather Conditions:** Clear / Cloudy / **Rain** / Snow / Ice / Fog
**Traffic Conditions:** **Light** / Medium / Heavy

NPS Form 10-50a, Rev. 5/97

---

## Violation Notice 2

**Loc. Code:** MY-93
**United States District Court Violation Notice**

**Violation No.:** P 120631
**Print Officer Name:** CR Holmberg
**Officer No.:** 116

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 2/1/03 0302
**Offense Charged:** MTA Art 27 Sec 36B
**Place of Offense:** E/B Suitland Pkwy @ RMP to Stanton Hall N.
**Offense Description:** Handgun in Vehicle on Public Roadway

**Defendant's Last Name:** Matthews Jr.
**First Name:** Darrell
**M.I.:** E

**D.L. State:** DC

**Vehicle Tag State:** MD
**Year:** 1991
**Vehicle Make:** Chevy
**Vehicle Color:** White

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**
**Date:** TBA
**Time:** TBA

**Collateral (fine):** N/A

**Physical Description**
- Sex: M
- Race: B
- Height: 6'02"
- Weight: 188
- Hair: BLK
- Eyes: BRN
- (Circle One) **Adult** / Juvenile

**Weather Conditions:** Clear / Cloudy / **Rain** / Snow / Ice / Fog
**Traffic Conditions:** **Light** / Medium / Heavy

NPS Form 10-50a, Rev. 5/97

