```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 5/10/07

MAY 1 1 2007

AT GRE...
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPU...

Nancy Mayer-Whittington
Clerk of the Court

**FILED**
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court: United States District Court
6500 Cherrywood Lane Ste 200
Greenbelt, Md. 20770

RE: 07-184M DARRELL MATTHEWS (AK)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Violation Notices | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 5/2/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
      Deputy Clerk